# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

    **Debtor:** RONALD JAY & MISTY TAMARA SEATON
    **Case Number:** 2:08-bk-11728-CGC     **Chapter:** 11

    **Date / Time / Room:** WEDNESDAY, FEBRUARY 03, 2010 01:30 PM   6TH FLOOR #601

    **Bankruptcy Judge:** CHARLES G. CASE II
    **Courtroom Clerk:**
    **Reporter / ECR:** N/A

## Matter:

    INITIAL HEARING ON CONFIRMATION OF CHAPTER 11 PLAN
    **R / M #:** 133 / 0

    **VACATED: RESCHEDULED TO 3/2/10 AT 11:00 A.M.**

## Appearances:

    NONE

## Proceedings:

    VACATED: RESCHEDULED TO 3/2/10 AT 11:00 A.M.