# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | RONALD JAY & MISTY TAMARA SEATON |
| Case Number: | 2:08-bk-11728-CGC    Chapter: 11 |
| Date / Time / Room: | TUESDAY, MARCH 02, 2010 11:00 AM    6TH FLOOR #601 |
| Bankruptcy Judge: | CHARLES G. CASE II |
| Courtroom Clerk: | RHONDA VAUGHAN |
| Reporter / ECR: | MARCO GARCIA |

### Matter:

INITIAL HEARING ON CONFIRMATION OF CHAPTER 11 PLAN

R / M #:    133 / 0

### Appearances:

DONALD W. POWELL, ATTORNEY FOR RONALD JAY SEATON, MISTY TAMARA SEATON

### Proceedings:

Mr. Powell advises a modified plan will need to be filed by Debtors to address any tax obligations.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON CONFIRMATION OF CHAPTER 11 PLAN ON APRIL 1, 2010 AT 10:00 A.M.