# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | RONALD JAY & MISTY TAMARA SEATON |
| Case Number: | 2:08-bk-11728-CGC  Chapter: 11 |
| Date / Time / Room: | THURSDAY, APRIL 01, 2010 10:00 AM  6TH FLOOR #601 |
| Bankruptcy Judge: | CHARLES G. CASE II |
| Courtroom Clerk: | RHONDA VAUGHAN |
| Reporter / ECR: | MARCO GARCIA |

## Matter:

CONTINUED INITIAL HEARING ON CONFIRMATION OF CHAPTER 11 PLAN

R / M #:   133 / 0

## Appearances:

DONALD W. POWELL, ATTORNEY FOR RONALD JAY SEATON, MISTY TAMARA SEATON

## Proceedings:

Mr. Powell advises the Debtor cannot go forward with this plan due to IRS obligations.

COURT:  IT IS ORDERED SETTING A STATUS HEARING ON MAY 11, 2010 AT 10:00 A.M.

THE COURT NOTES MR. POWELL SHOULD WITHDRAW THIS PLAN WITHOUT PREJUDICE AND CONSIDER WHETHER OR NOT THIS CASE SHOULD BE DISMISSED.